CHARLES H. DIX, Respondent, v. LARCHMONT SHORES, INC., Appellant.— Judgment modified by striking out the reference therein to " the Village of Larchmont " in connection with the restrictions affecting the lots in question, and as so modified unanimously affirmed, without costs. In support of the judgment so modified, finding of fact XII, contained in the decision, is modified by striking therefrom all reference to the village of Larchmont or any ordinance or restriction or regulation of said village. Finding of fact XIII, contained in said decision, is also modified by striking therefrom the words " enacted by the Village of Larchmont," and also all other reference therein to any ordinance of the village of Larchmont. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

EMPIRE STATE HOLDING CORPORATION, Appellant, v. 31 WEST 27TH STREET CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

WILLIAM GOEDECKE, Respondent, v. THE NICHOLSON COMPANY, INC., CONCRETE POCKETS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Seeger and Scudder, JJ.

ALEXANDER J. GOLDSAND, Appellant, v. LEOPOLD LEVY, Respondent.— Judgment and orders denying motion to set aside the verdict unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

BARNEY HABERMAN, Respondent, v. PASQUALE CICCONE, Appellant, and Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JULIA HARPER, Respondent, v. CAPITOL COACH CORPORATION and SAMUEL DERIN, Appellants.— Order denying defendants' motion for change of venue affirmed, with ten dollars costs and necessary disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Carswell and Scudder, JJ., concur.

NIKOLAS HAVRISKY, as Administrator, etc., of ANTHONY HAVRISKY, Deceased, Respondent, v. KALTER IRON WORKS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

WILLIAM HENCK, Appellant, v. DOLLAR STEAMSHIP LINE, Respondent.— Judgment reversed upon the law and the facts and new trial granted, costs to appellant to abide the event. We are of opinion that there was a question for the jury as to the negligence of the mate in throwing, without warning, the line which struck plaintiff. Plaintiff testified that no warning was given him, and the witness Mulcahy testified that sometimes the one throwing shouted a warning and sometimes not. Furthermore, a fuller development of the facts upon a new trial may show that the mate was negligent in throwing the rope directly into the doorway where plaintiff was standing rather than to one side. Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ., concur.